UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  Application for Exemption from | ) | Miscellaneous Business Docket |
| the Electronic Public Access Fees | ) | No. 24-mc-91299-FDS |
| Xinjiu Gu, Doctoral Student | ) | |
| Hong Kong Baptist University | ) | |

# ORDER

This matter is before the Court upon the application and request by Mr. Xinjiu Gu, doctoral student at Hong Kong Baptist University for an exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Gu, an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Gu has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.  Mr. Gu is researching the random assignment of judges with varying political views, with a view to assessing the cost component to firms regarding environmental cases. He is specifically reviewing approximately 1000 cases under NOS 893 from 2003 to 2022.

Mr. Gu shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.  Additionally, the following limitations apply:

i. this fee exemption applies only to Mr. Gu, and is valid only for the purpose stated above;
ii. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
iii. by accepting this exemption, Mr. Gu agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Mr. Gu is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid until May 20, 2025.

This exemption may be revoked at the discretion of the Court at any time.  A copy of this Order shall be sent to the PACER Service Center.

Dated:  June 24, 2024                                       /s/ F. Dennis Saylor_____
                                                                           F. Dennis Saylor IV
                                                                           Chief Judge, United States District Court